IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TRUCK DRIVERS AND<br>HELPERS LOCAL UNION NO. 728 | )<br>)<br>) | CV 416-282 |
| v. | )<br>) | |
| CITY OF PORT WENTWORTH,<br>GEORGIA, CHIEF OF POLICE and<br>DIRECTOR OF PUBLIC SAFETY<br>MATTHEW LIBBY, in his official and<br>in his individual capacity, SERGEANT<br>JASON BRAGG, in his official and in<br>his individual capacity, OFFICER<br>WALTER ANDERSON, in his official<br>and in his individual capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## ORDER

Plaintiff Truck Drivers And Helpers Local Union No. 728, and Defendants City of Port Wentworth, Georgia, Chief of Police and Director of Public Safety Matthew Libby, in his official and in his individual capacity, Sergeant Jason Bragg, in his official and in his individual capacity, Officer Walter Anderson, in his official and in his individual capacity, by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All claims are hereby dismissed with prejudice and the Clerk is Ordered to close this case. All parties are to bear their own attorneys' fees and costs of this action.

SO ORDERED this 18 day of November, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA